COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-225-CV

FINOVA CAPITAL CORPORATION APPELLANT

V.

JOE B. RUPE, O.D., P.C. AND JOE B. RUPE APPELLEES

----------

FROM THE 78
TH
 DISTRICT 
COURT OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant, Finova Capital Corporation’s Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  January 26, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.